HELLMUT EDOM et al., on Behalf of Themselves and All Other Residents and Property Owners on "Map of Mandalay-On-The-Bay Section A, Situated at Wantagh, N. Y.," Similarly Situated, Respondents, v. WALL LAKE et al., Defendants, and EVA FRASER, Appellant.— Judgment determining the rights of parties in certain narrow strips of land bordering artificial waterways, shown upon a map filed in the County Clerk's office by the developer of a tract of land, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.